AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| VERONICA ELENA ROSALES <br> *Plaintiff* <br> v. <br> ABC LEGAL SERVICES, INC., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. <br> **CV11-03805** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michelle J. Pembleton
ABC Legal Services, Inc.
304 - 12th Street, Suite 4A
Oakland, California 94607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2418

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/2/11

*Signature of Clerk or Deputy Clerk*

Tiffany Salinas-Harwell

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100    FAX NO. *(Optional)*: (408) 294-6190<br>E-MAIL ADDRESS *(Optional)*: fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

PLAINTIFF/PETITIONER: VERONICA ELENA ROSALES

DEFENDANT/RESPONDENT: ABC LEGAL SERVICES, INC., et al.

CASE NUMBER: 5:11-CV-03805-HRL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. [X] summons
    b. [X] complaint
    c. [X] Alternative Dispute Resolution (ADR) package
    d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Magistrate Judge Handbook; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      MICHELLE J. PEMBLETON

    b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   131 S. Mathilda Avenue, Apt. A
   Sunnyvale, CA 94086
5. I served the party *(check proper box)*
    a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 08/11/11    (2) at *(time)*: 8:37 PM
    b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

    (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
    (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
    (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
    (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:    from *(city)*:    or [ ] a declaration of mailing is attached.
    (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

*Martin Dean's*
**ESSENTIAL FORMS™**

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| | |
|---|---|
| PLAINTIFF/PETITIONER: VERONICA ELENA ROSALES | CASE NUMBER: 5:11-CV-03805-HRL |
| DEFENDANT/RESPONDENT: ABC LEGAL SERVICES, INC., et al. | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)* :  (2) from *(city)* :
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify)* :
    c. ☐ as occupant.
    d. ☐ On behalf of *(specify)* :
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                        ☐ other:

7.  **Person who served papers**
    a. Name: ALEC WELDON  PI 25244
    b. Address: P.O. BOX 60458, SUNNYVALE, CA 94088
    c. Telephone number: 650-219-3817
    d. **The fee** for service was: $
    e. I am:
       (1) ☐ not a registered California process server.
       (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☐ registered California process server:
           (i)  ☐ owner  ☐ employee  ☐ independent contractor.
           (ii) Registration No.:
           (iii) County:

8.  ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
       or
9.  ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

_____ALEC WELDON_____                            ▶ _____/s/ Alec Weldon_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)